UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEANMARIE CONLON

v.  CASE NO.  3:06CV 520 (JCH)

NATIONWIDE CREDIT, INC.   April 29, 2006

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

                    THE PLAINTIFF

      BY_____/s/ Joanne S. Faulkner_____
      JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT  06511-2422
      (203) 772-0395

Certificate of Service

I hereby certify that on April 29, 2006, a copy of foregoing Notice of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      ____/s/ Joanne S. Faulkner___
      JOANNE S. FAULKNER ct04137
      123 Avon Street
      New Haven, CT 06511-2422
      (203) 772 0395
      j.faulkner@snet.net